UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELUS COLEMAN, | No. 2:21-cv-2328 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. On April 15, 2022, respondent filed a motion to dismiss the petition. ECF No. 12. The time for responding to the motion has now passed, and petitioner has not filed a response.

Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, petitioner shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 23, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE